UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24045-RAR

WINDY LUCIUS,

    Plaintiff,

v.

CORAL GABLES SJC, LLC, d/b/a Salons by JC,
and J'NC REAL ESTATE DEVELOPMENT, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., and this Court Order [DE 14], hereby gives notice that she voluntarily dismisses this action with prejudice against, Defendants, CORAL GABLES SJC, LLC, d/b/a Salons by JC, and JNC REAL ESTATE DEVELOPMENT, LLC, and respectfully requests this Court to terminate the action.

Respectfully submitted on January 8, 2024.

    By: */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    FBN: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    T:  305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

    *Counsel for Plaintiff*

**Lucius v. Coral Gables SJC**
**Case No. 23-cv-24045-RAR**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*